IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv80-MHT |
| | ) | (WO) |
| $603,752.76 SEIZED FROM | ) | |
| STERLING ACCOUNT NUMBER | ) | |
| xxx0558 IN THE NAME OF | ) | |
| CLOVERLAND DRUGS, INC.; | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER FOR INTERLOCUTORY SALE OF
DEFENDANT 2015 HARRIS PONTOON BOAT

Upon consideration of the unopposed motion for interlocutory sale of the defendant 2015 Harris pontoon boat and for good cause shown, it is ORDERED, ADJUDGED and DECREED that:

1. The motion (doc. no. 60) is granted.

2. The following property shall be sold pursuant to the terms set forth in the motion: a 2015 Harris 240 SOL pontoon boat, hull identification number HAMP2012K415, and a 2015 Mercury 300 Verado outboard

motor, bearing serial number 2B137854, with all appurtenances and attachments thereon.

3. The net proceeds from the sale of the property will be substituted for the above property and held by the United States Marshals Service in an interest-bearing account pending a final resolution of the forfeiture action.

It is further ORDERED that the clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 12th day of April, 2019.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**