IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
| v.      ) | 2:17cv80-MHT |
| ) | (WO) |
| **$603,752.76 SEIZED FROM**      ) | |
| **STERLING ACCOUNT NUMBER**      ) | |
| **xxx0558 IN THE NAME OF**      ) | |
| **CLOVERLAND DRUGS, INC.;**      ) | |
| **et al.,**      ) | |
| ) | |
| Defendants.      ) | |

**ORDER**

To protect the public's right of access to court filings, *see Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007), and to comply with the court's administrative requirements, it is ORDERED that, by April 16, 2021, claimants David and Teresa Saalwaechter shall properly file a public version of their now-sealed motion for summary judgment and exhibits (Doc. 82). As previously required, the motion for summary judgment must be redacted to avoid disclosure of any non-public or confidential information. *See*

Order (Doc. 81).  Each individual exhibit shall be filed separately in the electronic filing system as an attachment to the motion.  Each exhibit shall be filed unredacted if it contains no confidential information, redacted to conceal confidential information, or, if required to be filed under seal, replaced with a notice stating that the document has been filed under seal.

DONE, this the 12th day of April, 2021.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**