IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.   )<br>  )<br>$603,752.76 SEIZED FROM )<br>STERLING ACCOUNT NUMBER )<br>xxx0558 IN THE NAME OF )<br>CLOVERLAND DRUGS, INC.; )<br>et al.,   )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:17cv80-MHT |

**ORDER**

It is ORDERED that the motion to withdraw (Doc. 87) is granted, and the motion for summary judgment (Doc. 82) is withdrawn.

It is further ORDERED that the court's order to file a public version of the summary-judgment motion and exhibits (Doc. 86) is vacated.

DONE, this the 15th day of April, 2021.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE