IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:17-cv-80-MHT |
| ) | |
| $603,752.76 SEIZED FROM STERLING ) | |
| ACOUNT NUMBER xxx0558 IN THE ) | |
| NAME OF CLOVERLAND DRUG, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Comes now the United States of America, by and through Sandra J. Stewart, Acting United States Attorney for the Middle District of Alabama, and Gregory O. Griffin, Jr., Assistant United States Attorney, and states as follows:

Pursuant to the Uniform Scheduling Order (Doc. #73) entered in this case, the parties now submit this notice concerning their settlement conference and mediation. The parties have conferred, and negotiations are still on-going at this time. Additionally, the parties do not believe mediation will assist them in resolving this case.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Notice.

Respectfully submitted this 25th day of May, 2021.

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY


**/s/Gregory O. Griffin, Jr.**
GREGORY O. GRIFFIN, JR.
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Gregory.Griffin@usdoj.gov


**/s/James Doyle Fuller**
JAMES DOYLE FULLER
Fuller & Copeland
2851 Zelda Road
Montgomery, AL 36106
Telephone: (334) 270-0020
Facsimile: (334) 270-9848
Email: jdf@fullercopeland.com

**/s/Gregory Louis Davis**
GREGORY LOUIS DAVIS
Greg Davis Law
P.O. Box 241361
Montgomery, AL 36117
Telephone: (334) 832-9080
Email: gldavis@knology.net

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-cv-80-MHT |
| | ) | |
| $603,752.76 SEIZED FROM STERLING ACOUNT NUMBER xxx0558 IN THE NAME OF CLOVERLAND DRUG, INC., et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        Respectfully submitted,

                                        **/s/Gregory O. Griffin, Jr.**
                                        GREGORY O. GRIFFIN, JR.
                                        Assistant United States Attorney