```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )          2:17cv80-MHT
                             )              (WO)
$603,752.76 SEIZED FROM      )
STERLING ACCOUNT NUMBER      )
xxx0558 IN THE NAME OF       )
CLOVERLAND DRUGS, INC.;      )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER AND DECREE OF FORFEITURE

By agreement of the parties made on the record on February 17, 2022, and based on the court's conclusions that process was fully issued and returned and that the required notice was provided according to law, it is ORDERED, ADJUDGED, AND DECREED that:

(1) The motion for a decree of forfeiture (Doc. 138) is granted.

(2) Defendants $99,174.39 seized from Pen Air Federal Credit Union account number xxx5496 in the name of Rhyolite Investments, LLC; $47,569.68 seized from

Army Aviation Center Federal Credit Union account number xxxx4999 in the name of CJE Enterprises, LLC; and $10,000.00 cash in lieu of a 2013 Volkswagen Passat, SEL, vehicle identification number 1VWCN7A35DC090084, are forfeited to the United States. No right, title, or interest in the defendant property shall exist in any other party, and it shall be disposed of according to law.

(3) The parties will each bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of February, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE